# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| GORDON FOOD SERVICE, INC., and GLAZIER FOODS COMPANY,<br><br>Plaintiffs,<br><br>vs.<br><br>TYSON FOODS, INC.; TYSON CHICKEN, INC.; TYSON BREEDERS, INC.; TYSON POULTRY, INC.; KOCH FOODS, INC.; JCG FOODS OF ALABAMA, LLC; JCG FOODS OF GEORGIA, LLC; KOCH MEAT CO., INC.; SANDERSON FARMS, INC.; SANDERSON FARMS, INC. (FOOD DIVISION); SANDERSON FARMS, INC. (PRODUCTION DIVISION); SANDERSON FARMS, INC. (PROCESSING DIVISION); HOUSE OF RAEFORD FARMS, INC.; MAR-JAC POULTRY, INC.; PERDUE FARMS, INC.; PERDUE FOODS, LLC; WAYNE FARMS, LLC; SIMMONS FOODS, INC.; SIMMONS PREPARED FOODS, INC.; O.K. FOODS, INC.; O.K. FARMS, INC.; O.K. INDUSTRIES, INC.; HARRISON POULTRY, INC.; FOSTER FARMS, LLC; FOSTER POULTRY FARMS; NORMAN W. FRIES, INC. d/b/a CLAXTON POULTRY FARMS, INC.; MOUNTAIRE FARMS, INC.; MOUNTAIRE FARMS, LLC; MOUNTAIRE FARMS OF DELAWARE, INC.; CASE FOODS, INC.; CASE FARMS, LLC; CASE FARMS PROCESSING, INC.; and AGRI STATS, INC.,<br><br>Defendants. | Case No.:<br><br>**COMPLAINT**<br><br>**Jury Trial Demanded** |

## **COMPLAINT**

1. Plaintiffs Gordon Food Service, Inc. and Glazier Foods Company (together, "GFS" or "Plaintiffs") bring this action under the federal antitrust laws against the Defendants identified below and incorporate by reference the factual allegations and reservations of rights contained in the Direct Action Plaintiffs' Amended Consolidated Complaint and Demand for Jury Trial, filed in *In re Broiler Antitrust Litigation*, Civil Action No. 1:16-cv-08637 (ECF 4243; ECF 4244).

2. Gordon Food Service, Inc. is a Michigan corporation with its principal place of business in Wyoming, Michigan. Gordon Food Service, Inc. is the largest family-operated broadline food distribution company in North America. Glazier Foods Company is a Texas corporation with its principal place of business in Houston, Texas, which was acquired by Gordon Food Service, Inc. in 2014. Glazier Foods Company is a leading foodservice provider and one of the largest full-line independent food distributors in the United States.

3. GFS joins Section II of the Direct Action Plaintiffs' Amended Consolidated Complaint and Demand for Jury Trial, adding the following to specify the GFS causes of action and the Defendants in the GFS action.

| Plaintiff Name | Named Defendants[1] | Named Co-Conspirators | Causes of Action |
|---|---|---|---|
| Gordon Food Service, Inc. and Glazier Foods Company | Agri Stats; Claxton; Foster Farms; Harrison; House of Raeford; Koch; Mar-Jac; Mountaire; O.K. Foods; Perdue; Sanderson; Simmons; Tyson; Wayne; Case | Fieldale; Amick; George's; Peco; Keystone; Pilgrim's Pride; Allen Harim | Count I (Sherman Act Claim for all Anticompetitive Conduct); Count II (Sherman Act Claim for Output Restriction, Pled in the Alternative to Count I); Count III (Sherman Act Claim for GA Dock Manipulation, Pled in the Alternative to Count I) |

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs respectfully request that the Court:

A. Enter joint and several judgments against all Defendants in favor of Plaintiffs;

B. Award Plaintiffs treble damages, of an amount to be determined at trial, to the maximum extent allowed under the federal antitrust laws;

C. Award Plaintiffs post-judgment interest as provided by law, with such interest to be awarded at the highest legal rate;

D. Award Plaintiffs their attorneys' fees, litigation expenses, and costs, as provided by law;

E. Grant Plaintiffs such other and further relief to which Plaintiffs are entitled.

## JURY DEMAND

Pursuant to Federal Rule of Civil Procedure 38, Plaintiffs demand a trial by jury on all of their claims and issues so triable.

---

[1] The Defendants named in this Complaint include the entire Defendant family of each Defendant in this table, identified in Section IV.B of ECF 4243/ECF 4244.

Dated: August 25, 2021

Respectfully submitted,

*/s/ Terence H. Campbell*

Philip J. Iovieno
Lawrence S. Brandman
Nicholas A. Gravante, Jr.
Karen C. Dyer
Jack G. Stern
Gillian G. Burns
Mark A. Singer
Elizabeth R. Moore
CADWALADER, WICKERSHAM & TAFT LLP
200 Liberty Street
New York, NY 10281
Tel: (212) 504-6000
Fax: (212) 504-6666
E-mail: philip.iovieno@cwt.com
lawrence.brandman@cwt.com
nicholas.gravante@cwt.com
karen.dyer@cwt.com
jack.stern@cwt.com
gillian.burns@cwt.com
mark.singer@cwt.com
elizabeth.moore@cwt.com

Terence H. Campbell
Cotsirilos, Tighe, Streicker,
 Poulos & Campbell
33 N. Dearborn, Ste. 600
Chicago, IL 60602
Tel: (312) 263-0345
Fax: (312) 263-4670
E-mail: tcampbell@cotsiriloslaw.com